# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **MALONE LAM, also known as "King Greavys," "7," "$$$," "Kg,"** | : | |
| | : | |
| **MARLON FERRO, also known as "Marlo," and "GothFerrari,"** | : | |
| | : | |
| **HAMZA DOOST, also known as "Scyllia," and "¢,"** | : | |
| | : | |
| **CONOR FLANSBURG, also known as "O O," "Green Room," and "@d0uu0b,"** | : | |
| | : | |
| **KUNAL MEHTA, also known as "Papa," "The Accountant," "Shrek," and "Neil,"** | : | **CRIMINAL NO. 24-CR-417 (CKK)** |
| | : | |
| **ETHAN YARALLY, also known as "Rand," and "15%,"** | : | |
| | : | |
| **CODY DEMIRTAS, also known as "K O," and "Kody,"** | : | |
| | : | **UNDER SEAL** |
| **AAKAASH ANAND, also known as "Light," and "Dark,"** | : | |
| | : | |
| **EVAN TANGEMAN, also known as "E," "Tate," and "Evan | Exchanger,"** | : | |
| | : | |
| **JOEL CORTES, also known as "J,"** | : | |
| | : | |
| **FNU LNU-1, also known as "~_~" "Squiggly," and "CHEN,"** | : | |
| | : | |
| **FNU LNU-2, also known as "DANNY," and "Meech," and** | : | |
| | : | |
| **TUCKER DESMOND,** | : | |
| | : | |
| **Defendants.** | : | |

## **GOVERNMENT'S MOTION TO UNSEAL SUPERSEDING INDICTMENT**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves this Court to unseal the Superseding Indictment and place the Superseding Indictment on the public docket. Following several arrests on May 13, 2025, the government's compelling interest in sealing the Superseding Indictment no longer exists.

Respectfully submitted,

EDWARD R. MARTIN, JR.
United States Attorney
D.C. Bar No. 481866

By: */s/ Kevin L. Rosenberg*
Kevin L. Rosenberg, OH Bar No. 0081448
Assistant United States Attorney
United States Attorney's Office
601 D Street N.W.
Washington, D.C. 20530
(202) 252-7833
Kevin.Rosenberg@usdoj.gov

2