# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Case No. 24-cr-417 (CKK)** |
| | : | |
| **MARLON FERRO,** | : | |
| **Defendant.** | : | |
| | : | |

## <u>GOVERNMENT'S REPLY TO DEFENDANT'S MOTION IN OPPOSITION</u>

The government submits the following brief reply to Defendant's Motion in Opposition. Magistrate Judge McCormick in the Central District of California was not presented with relevant factors for his consideration, including the controlled substances in Ferro's apartment, his false identification document, and the multiple firearms. Pre-trial most likely would have evaluated Defendant's substance abuse history differently if they were informed of the defendant's freezer bag of marijuana and apparent Adderall pills and evaluated his dangerousness to the community differently if they were aware of his firearms.

One of the firearms seized from his apartment appears to be a United States Marine Corps issued firearm (Serial Number D710**USMC**) that was certainly obtained illegally.



*USMC in the Serial Number of Firearm #1*

The second firearm, with an admittedly poor photograph, appears to be an assault style rifle, as opposed to a shotgun or pistol.



*Firearm #2, an Assault Style Rifle*

A witness who will testify at trial explained that Ferro told members of the SE Enterprise that if they wanted firearms, they should come to him and he could get them from Coconspirator Mehta. This witness has firsthand knowledge of Ferro obtaining a firearm for an SE Enterprise associate for $2,000 and Ferro obtained the firearm in turn from Mehta.

Those pieces of evidence, combined with the defendant's charges involving breaking into homes to steal virtual currency, weighs in favor of detention.

Defendant Ferro claims this offense to be non-violent. The government respectfully disagrees considering the video recording of Defendant Ferro breaking into the home of a disabled victim. Defendant Ferro is the subject of additional home break-ins that are being investigated by this and other offices.

Defendant has no employment, has no income or assets, and has no way to explain how he was funding hundreds of thousands of dollars' worth of legal bills for Coconspirator Lam. Messages between Lam and Ferro indicate that Ferro was soliciting illicit money from additional social engineers and selling clothing and shoes Lam purchased with stolen virtual currency. This evidence tends to show that Ferro was continuing his criminal activity and continuing his money laundering until near the time of his arrest.

For the reasons stated above and in the previous motion for *de novo* review, the government requests that the defendant be detained pre-trial because he poses a danger to the community and poses a risk of flight.

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Kevin Rosenberg*
    Kevin Rosenberg
    Assistant United States Attorney
    Ohio Bar 0081448
    United States Attorney's Office
    601 D. Street NW
    Washington, D.C.  20530