FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAY 1 3 2025

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>MARLON FERRO<br><br>_____<br>*Defendant* | Case: 1:24-cr-000417<br>Assigned To: Kollar-Kotelly, Colleen<br>Assign Date: 4/30/2025<br>Description: SUPERSEDING INDICTMENT (B)<br>Related Case No: 24-cr-417 (CKK) |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    MARLON FERRO                                                                 ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☑ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1962(d) (RICO Conspiracy)

18 U.S.C. § 1349 (Conspiracy to Commit Wire Fraud)

18 U.S.C. § 1956(h) (Conspiracy to Launder Monetary Instruments)


Date:    04/30/2025

_____
*Issuing officer's signature*

City and state:    Washington, D.C.

MAGISTRATE JUDGE MOXILA A. UPADHYAYA
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 5/13/2025 , and the person was arrested on *(date)* 5/13/2025<br>at *(city and state)* Costa Mesa, CA . |

Date:    5/13/2025

_____
*Arresting officer's signature*

Joe Médias  FBI  St
*Printed name and title*