AO 442 (Rev. 01/09) Arrest Warrant

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAY 1 3 2025

CENTRAL DISTRICT OF CALIFORNIA
BY _____ *EC* _____ DEPUTY

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>MARLON FERRO | )<br>)<br>)<br>)<br>)<br>) |

Case: 1:24-cr-000417
Assigned To: Kollar-Kotelly, Colleen
Assign Date: 4/30/2025
Description: SUPERSEDING INDICTMENT (B)
Related Case No: 24-cr-417 (CKK)

*Defendant*

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     **MARLON FERRO** ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☑ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1962(d) (RICO Conspiracy)

18 U.S.C. § 1349 (Conspiracy to Commit Wire Fraud)

18 U.S.C. § 1956(h) (Conspiracy to Launder Monetary Instruments)

Date:     04/30/2025 _____

_____
*Issuing officer's signature*

City and state:     Washington, D.C.

MAGISTRATE JUDGE MOXILA A. UPADHYAYA
_____
*Printed name and title*

---

### Return

This warrant was received on *(date)* 5/13/2025 , and the person was arrested on *(date)* 5/13/2025
at *(city and state)* Costa Mesa, CA .

Date: 5/13/2025 _____

_____
*Arresting officer's signature*

Joe Méolas FBI St
_____
*Printed name and title*



FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAY 1 3 2025

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | CASE NUMBER |
|---|---|---|
| United States **PLAINTIFF(S)** | | 1:24-cr-000417 |
| v. | | 8:25-mj-00387-DUTY |
| Marlon Ferro | | |
| **DEFENDANT(S).** | | **DECLARATION RE OUT-OF-DISTRICT WARRANT** |

The above-named defendant was charged by: __Kollar-Kotelly, Colleen__
in the __District of Columbia__ District of __N/A__ on __4/30/2025__
at __N/A__ ☐ a.m. / ☐ p.m. The offense was allegedly committed on or about
in violation of Title __18__ U.S.C., Section(s) __1962 (d), 1349, 1956__
to wit: _____

A warrant for defendant's arrest was issued by: __Judge Moxila Upadhyaya__

Bond of $ _____ was ☐ set / ☐ recommended.

Type of Bond: _____

Relevant document(s) on hand (attach): _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __5/13/2025__
          Date

_____          __Joseph Nieblas__
Signature of Agent                  Print Name of Agent

__FBI__                             __Special Agent__
Agency                              Title



Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov  For Los Angeles criminal duty.

CrimIntakeCourtDocs-SA@cacd.uscourts.gov  For Santa Ana criminal duty.

CrimIntakeCourtDocs-RS@cacd.uscourts.gov  For Riverside criminal duty.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | | CASE NUMBER: **8:25-mj-00387-DUTY** |
|---|---|---|
| V. | PLAINTIFF | **1:24-cr-000417** |
| Marlon Ferro | | **REPORT COMMENCING CRIMINAL ACTION** |
| USMS# | DEFENDANT | |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed.  Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on __5/13/2025__ at __6:00__ ☑AM ☐PM

   or

   The defendant was arrested in the _____ District of _____ on _____ at _____ ☐AM ☐PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:  ☐Yes  ☑No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):  ☑Yes  ☐No

4. Charges under which defendant has been booked:  18 USC 956 Conspiracy Money Laundring  18 USC 1962 (d) - RICO , 18USC 1349 Conspiracy Wire Fraud

5. Offense charged is a:  ☑Felony  ☐Minor Offense  ☐Petty Offense  ☐Other Misdemeanor

6. Interpreter Required:  ☑No  ☐Yes  Language: _____

7. Year of Birth: __2006__

8. Defendant has retained counsel:  ☑No

   ☐Yes  Name: _____  Phone Number: _____

9. Name of Pretrial Services Officer notified:  Duty

10. Remarks (if any): _____

11. Name: __Joe Nieblas__  (please print)

12. Office Phone Number: __714-336 5968__  13. Agency: __FBI__

14. Signature: _____  15. Date: __5/13/2025__

CR-64 (09/20)                REPORT COMMENCING CRIMINAL ACTION

TUCKER SCOTT ATKINS (Bar No. 343188)
(E Mail: tucker_atkins@fd.org)
Deputy Federal Public Defender
411 West Fourth Street, Suite 7110
Santa Ana, California 92701-4598
Telephone: (714) 338-4500



FILED
CLERK, U.S. DISTRICT COURT

MAY 13 2025

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Marlon Ferro,<br><br>Defendant. | CASE NUMBER:<br>8:25-mj-00387-DUTY | |
| | **ADVISEMENT OF DEFENDANT'S STATUTORY & CONSTITUTIONAL RIGHTS** | |

You are in the United States District Court for the Central District of California because you have been charged with a crime against the United States or a violation of probation, supervised release, or pretrial release. The Court informs you that you have the following constitutional and statutory rights in connection with these proceedings:

You have the right to remain silent. Anything you say, sign, or write can be used against you in this or in any other case.

If you have not already received a copy of the charges, you will receive a copy today.

You have the right to hire and be represented by a lawyer of your choosing at each and every stage of these proceedings. If you cannot afford to hire a lawyer, you can apply to the Court to have a lawyer appointed to represent you for free from the office of the Federal Public Defender or the Indigent Defense Panel. The application for free counsel includes a financial affidavit, which you must sign under penalty of perjury. If you say something on the form that is not true or leave out material information, you could be charged with another crime, such as perjury or making a false statement.

If you are not a United States citizen, you may request that the prosecution notify your consular office that you have been arrested. Even without such a request, the law may require the prosecution to do so.

### IF YOU ARE MAKING YOUR INITIAL APPEARANCE BEFORE THE COURT

You have a right to a bail hearing in which the Magistrate Judge will determine whether you will be released from custody before trial. If you disagree with the Magistrate Judge's decision, you can appeal that decision to another Judge of this Court. You or the prosecutor can request that the bail hearing be continued to another day.

If you have been charged by complaint, you are entitled to a preliminary hearing within 14 days if the Magistrate Judge orders that you be detained pending trial, or 21 days if the Magistrate Judge orders that you be released pending trial. In a preliminary hearing, the prosecution will attempt to show that there is probable cause to believe that you committed the crime charged in the complaint. You will not be entitled to a preliminary hearing, however, if the prosecution obtains an indictment in your case before the time set for the preliminary hearing. (Most often, the prosecutors in the Central District of California present their cases to the grand jury before the time set for the preliminary hearing and, therefore, no preliminary hearing is held.)

### IF YOU ARE CHARGED WITH A VIOLATION OF
### YOUR CONDITIONS OF SUPERVISED RELEASE OR PROBATION

If you are charged with a violation of the terms and conditions of your supervised release or probation and the Magistrate Judge detains you, you have the right to a preliminary hearing before a Magistrate Judge.

*continued on Page 2*

## IF YOU ARE CHARGED IN ANOTHER DISTRICT

If you have been arrested on a charge from another district, you are entitled to wait until the prosecution produces a copy of the warrant authorizing your arrest. You are also entitled to an identity hearing in which the prosecution would have the burden of proving there is probable cause to believe that you are the person named in the charges. If you are charged in a complaint from another district, you may request to have a preliminary hearing held in the charging district. If you are charged with a violation of a term of supervised release or probation imposed in another district, you have a right to a preliminary hearing, which may, depending on where the alleged violation occurred, be held either here or in the charging district.

If you want to plead guilty in the Central District of California, you may request to have your case transferred to this district. To proceed in this district, the United States Attorneys for this district and the charging district must agree to the transfer.

## IF YOU ARE APPEARING FOR ARRAIGNMENT

If you have been charged by indictment or information, you will be arraigned and may be asked to enter a not guilty plea today. After your arraignment, your case will be assigned to a District Judge of this Court for all further proceedings, unless a Judge has already been assigned.

You are entitled to a speedy and public trial by jury. The right to a jury trial can be waived.

You are entitled to see and hear the evidence and cross-examine the witnesses against you. You are entitled to the processes of the Court to subpoena witnesses on your behalf without cost to you if you are indigent. You do not have to prove your innocence. The prosecution has the burden to prove your guilt beyond a reasonable doubt.

## ACKNOWLEDGMENT OF DEFENDANT:

I have read the above Advisement of Rights and understand it. I do not require a translation of this statement nor do I require an interpreter for court proceedings.

X Dated: _5/13/25_ 

_____
Signature of Defendant

*[or]*

I have personally heard a translation in the _____ language read to me and understand the above Advisement of Rights.

Dated: _____

_____
Signature of Defendant

## STATEMENT OF THE INTERPRETER:

I have translated this Advisement of Rights to the Defendant in the _____ language.

Dated: _____

_____
Signature of Interpreter

_____
Print Name of Interpreter

## STATEMENT OF COUNSEL:

I am satisfied that the defendant has read this Advisement of Rights or has heard the interpretation thereof and that he/she understands it.

X Dated: _5/13/25_

_____
Signature of Attorney

CR-10 (06/18)    ADVISEMENT OF DEFENDANT'S STATUTORY & CONSTITUTIONAL RIGHTS    PAGE 2 OF 2

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, | | ☐ LA ☐ RS ☑ SA    DATE FILED: 5/13/2025 |
|---|---|---|
| | PLAINTIFF | CASE NUMBER: 8:25-mj-00387-DUTY ☐ Under Seal |
| | | INIT. APP. DATE: 5/13/2025    TIME: 1:30 PM |
| v. | | CHARGING DOC: Out of District Affidavit |
| Marlon Ferro | | DEFENDANT STATUS: In Custody |
| | | ☐ PREVIOUSLY CALENDARED HOSPITALIZED DEFENDANT |
| | DEFENDANT. | VIOLATION: 18 USC 1962(d); 18 USC 1349; 18 USC 1956(h) |
| | | COURTSMART/REPORTER: CS 05/13/2025 |

| PROCEEDINGS HELD BEFORE UNITED STATES MAGISTRATE JUDGE   Douglas F. McCormick | CALENDAR/PROCEEDINGS SHEET LOCAL/OUT-OF-DISTRICT CASE |
|---|---|

PRESENT:   Nancy Boehme                    Lisa Lindhorst
_____        _____        _____
          *Deputy Clerk*                *Assistant U.S. Attorney*              *Interpreter / Language*

☐   INITIAL APPEARANCE NOT HELD - CONTINUED

☑   Court issues Order under Fed. R. Crim. P. 5(f) concerning prosecutor's disclosure obligations; <u>see</u> General Order 21-02 (written order).

☑   Defendant informed of charge and right to: remain silent; appointment of counsel, if indigent; right to bail; bail review and ☐ preliminary hearing OR ☑ removal hearing / Rule 20.

☐   Defendant states true name ☐ is as charged ☐ is _____

☐   Court ORDERS the caption of the Indictment/Information be changed to reflect defendant's different true name. Counsel are directed to file all future documents reflecting the true name as stated on the record.

☑   Defendant advised of consequences of false statement in financial affidavit. All financial affidavits must be filed under seal.

☑   Attorney: Tucker Scott Atkins          ☐ Retd. ☑ Apptd. ☐ Prev. Apptd. ☑ DFPD ☐ Panel ☐ Poss. Contribution
     Ordered (see separate order) ☐ Special appearance by: _____

☑   Government's request for detention is: ☐ GRANTED ☑ DENIED ☐ WITHDRAWN ☐ CONTINUED

☑   Contested detention hearing is held. ☐ Defendant is ordered: ☐ Permanently Detained ☐ Temporarily Detained (see separate order)

☑   BAIL FIXED AT $ 30,000          **(SEE ATTACHED COPY OF CR-1 BOND FORM FOR CONDITIONS)**

☐   Government moves to UNSEAL Complaint/Indictment/Information/Entire Case: ☐ GRANTED ☐ DENIED

☐   Preliminary Hearing waived.        ☐ Class B Misdemeanor        ☐ Defendant is advised of maximum penalties

☐   This case is assigned to Magistrate Judge _____. Counsel are directed to contact the clerk for the setting of all further proceedings.

☐   **PO/PSA WARRANT**        ☐ Counsel are directed to contact the clerk for District Judge _____ for the setting of further proceedings.

☐   Preliminary Hearing set for _____ at _____ in _____

☐   Post-Indictment Arraignment set for: _____ at _____ in _____

☐   Government's motion to dismiss case/defendant _____ only: ☐ GRANTED ☐ DENIED

☐   Defendant's motion to dismiss for lack of probable cause: ☐ GRANTED ☐ DENIED

☑   Defendant executed Waiver of Rights. ☐ Process received.

☑   Court ORDERS defendant Held to Answer to _____ District of Columbia
     ☑   Bond to transfer, if bail is posted. Defendant to report on or before 05/19/2025 (see additional information below)
     ☐   Warrant of removal and final commitment to issue. Date issued: _____ By CRD: _____
     ☐   Warrant of removal and final commitment are ordered stayed until _____

☐   Case continued to (Date) _____ (Time) _____ ☐ AM / ☐ PM

☐   Type of Hearing: _____ Before Judge _____ /Duty Magistrate Judge.
     Proceedings will be held in the ☐ Duty Courtroom _____ ☐ Judge's Courtroom _____

☐   Defendant committed to the custody of the U.S. Marshal ☐ Summons: Defendant ordered to report to USM for processing.

☐   Abstract of Court Proceeding (CR-53) issued. Copy forwarded to USM.

☐   Abstract of Order to Return Defendant to Court on Next Court Day (M-20) issued. Original forwarded to USM.

☑   Electronic Release Order issued (*if issued using Release Book*: Release <u>Order No.</u> _____ ).

☑   Other: **Defendant to report on 5/19/2025 at 3:00 pm before Judge Colleen Kollar-Kotelly, Courtroom 28A, USDC – DC, 333 Constitution Ave. N.W., Washington D.C.**

*RECEIVED:* ☐ PSA ☐ PROBATION ☐ FINANCIAL ☐ CR-10        ☐ READY        Deputy Clerk Initials nb
                                                                                                : 20

## UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

**Case Name:** United States of America v. **MARLON FERRO**          Case No.   8:25-MJ-00387

☒ Defendant          ☐ Material Witness

Violation of Title and Section:   **18:1962(d); 18:1349; 18:1956(h); 18:1512(c); 18:1963; 18:981(a)(1)(C); 18:982(a)(1); 28:2461(c)**

☐ Summons      ☒ Out of District      ☐ **UNDER SEAL**      ☐ Modified Date: _____

| *Check only one of the five numbered boxes below and any appropriate lettered box (unless one bond is to be replaced by another):* | | |
|---|---|---|
| 1. ☐ Personal Recognizance (*Signature Only*)<br><br>2. ☐ Unsecured Appearance Bond<br>    $ _____<br><br>3. ☒ Appearance Bond<br>    $  30,000<br><br>(a). ☐ Cash Deposit (*Amount or %*) (*Form CR-7*)<br>_____<br><br>(b). ☒ Affidavit of Surety Without Justification (*Form CR-4*) Signed by:<br> YIAIRYS MADRIGAL<br> MENDEZ | (c). ☐ Affidavit of Surety With Justification (*Form CR-3*) Signed by:<br>_____<br>_____<br>_____<br><br>☐ With Full Deeding of Property:<br>_____<br>_____<br>_____<br>_____<br>_____<br><br>4. ☐ Collateral Bond in the Amount of (*Cash or Negotiable Securities*):<br>    $ _____<br><br>5. ☐ Corporate Surety Bond in the Amount of:<br>    $ _____ | Release Date: 5/13/25<br>☒ Released by:<br> DFM / NB<br>*(Judge / Clerk's Initials)*<br>☐ Release to U.S. Probation and Pretrial Services ONLY<br>☐ Forthwith Release<br><br>_____<br><br>☐ All Conditions of Bond (*Except Clearing-Warrants Condition*) Must be Met and Posted by:<br><br>_____<br><br>☐ Third-Party Custody Affidavit (*Form CR-31*)<br><br>☒ Bail Fixed by Court:<br> DFM / nb<br>*(Judge / Clerk's Initials)* |

## PRECONDITIONS TO RELEASE

☐ The government has requested a <u>Nebbia</u> hearing under 18 U.S.C. § 3142(g)(4).

☐ The Court has ordered a <u>Nebbia</u> hearing under § 3142 (g)(4).

☐ The <u>Nebbia</u> hearing is set for _____ at _____ ☐ a.m. ☐ p.m.

## ADDITIONAL CONDITIONS OF RELEASE

In addition to the GENERAL CONDITIONS of RELEASE, the following conditions of release are imposed upon you:

☒ Submit to United States Probation and Pretrial Services supervision as directed by Supervising Agency.

☒ Surrender all passports and travel documents to Supervising Agency no later than   5/15/25  , sign a Declaration re Passport and Other Travel Documents (*Form CR-37*), and do not apply for a passport or other travel document during the pendency of this case.

☒ Travel is restricted to CENT DIST. CALIF. ( DIST OF COLUMBIA  AND DIST. OF NEW NEVADA  unless prior permission is granted by Supervising Agency to travel to a specific other location. Court permission is required for international travel as well as for any domestic travel if the defendant is in a Location Monitoring Program or as otherwise provided for below.

☒ Reside as approved by Supervising Agency and do not relocate without prior permission from Supervising Agency.

Defendant's Initials: _____      Date: MaY 13

**Case Name:** United States of America v. MARLON FERRO                **Case No.** 8:25-MJ-00387

■ Defendant        ☐ Material Witness

☒ Maintain or actively seek employment unless excused by Supervising Agency for schooling, training, or other reasons approved by

Supervising Agency.  Verification to be provided to Supervising Agency.    ☒ Employment to be approved by Supervising Agency.

☒ Avoid all contact, directly or indirectly (including by any electronic means), with any known victim or

witness in the subject investigation or prosecution, ☐ including but not limited to _____

_____ ;☐ except for _____ .

☒ Avoid all contact, directly or indirectly (including by any electronic means), with any known codefendants except in the presence

of counsel. Notwithstanding this provision, you may have contact with the following codefendants without your counsel present:

_____ .

☐ Do not possess any firearms, ammunition, destructive devices, or other dangerous weapons.  ☐ Surrender any such item as

directed by Supervising Agency by _____ and provide proof to Supervising Agency.  ☐ In order to determine

compliance, you agree to submit to a search of your person and property by Supervising Agency, which may be in conjunction

with law enforcement.

☐ Do not use or possess any identification, mail matter, access device (including, but not limited to, credit and debit cards), or any

identification-related material other than in your own legal or true name without prior permission from Supervising Agency.

☐ In order to determine compliance, you agree  submit to a search of your person and property by Supervising Agency,

which may be in conjunction with law enforcement.

☐ Do not engage in telemarketing.

☒ Do not sell, transfer, or give away any asset valued at $ ___10, 000___ or more without notifying and obtaining

permission from the Court, except _____ .

☐ Do not engage in tax preparation for others.

☐ Do not use alcohol.  ☐ Submit to alcohol testing.  If directed to do so, participate in outpatient treatment as approved by Supervising

Agency.  Testing may include any form of prohibited-substance screening or testing.  You must pay all or part of the costs for testing

based upon your ability to pay as determined by Supervising Agency.

☐ Do not use or possess illegal drugs or state-authorized marijuana.    ☐ Submit to drug testing.  Testing may include any form of

prohibited-substance screening or testing.  You must pay all or part of the costs for testing based upon your ability to pay as

determined by Supervising Agency.  If directed to do so, participate in outpatient treatment as approved by Supervising Agency.

☐ In order to determine compliance, you agree to submit to a search of your person and property by Supervising Agency, which may

be in conjunction with law enforcement.

☐ Do not use for purposes of intoxication any controlled substance analogue as defined by federal law or any street, synthetic, or

designer psychoactive substance capable of impairing mental or physical functioning more than minimally, except as

prescribed by a medical doctor.

☐ Participate in residential substance abuse treatment as directed by Supervising Agency. You must pay all or part of the costs

of treatment based upon your ability to pay as determined by Supervising Agency.  ☐ **Release to Supervising Agency only.**

☐ Participate in mental health treatment, which may include evaluation, counseling, or treatment as directed by Supervising Agency.

You must pay all or part of the costs based upon your ability to pay as determined by Supervising Agency.

Defendant's Initials: **MF**  Date: **May, 13**



**Case Name:** United States of America v. **MARLON FERRO**      **Case No.** 8:25-MJ-00387

☑ Defendant      ☐ Material Witness

☐ Participate in the Location Monitoring Program marked below and abide by all of the requirements of the program and any indicated restrictions, under the direction of the Supervising Agency. You must pay all or part of the costs of the program based upon your ability to pay as determined by the Supervising Agency. You are financially responsible for any lost or damaged equipment.

### 1. Location Monitoring Restrictions (Select One)

☐ **Location Monitoring only - no residential restrictions**

☐ **Curfew**: Curfew requires you to remain at home during set time periods. **(Select One)**
    ☐ As directed by Supervising Agency; **or**
    ☐ You are restricted to your residence every day from _____ to _____

☐ **Home Detention**: Home detention requires you to remain at home at all times except for employment, education, religious services, medical needs or treatment, attorney visits, court appearances and obligations, essential needs, and _____ , all of which must be preapproved by the Supervising Agency.

☐ **Home Incarceration:** Home Incarceration requires you to be at home 24 hours a day except for medical needs or treatment, attorney visits, court appearances or obligations, and _____ , all of which must be preapproved by Supervising Agency.

### 2. Location Monitoring Technology (Select One)

☐ Location Monitoring technology at the discretion of the Supervising Agency. (If checked, skip to 3)

☐ Location Monitoring **with** an ankle monitor (Select one below)
    ☐ at the discretion of the Supervising Agency **or**
    ☐ Radio Frequency (RF) **or**
    ☐ Global Positioning System (GPS)

**or**

☐ Location Monitoring **without** an ankle monitor (Select one below)

    ☐ at the discretion of the Supervising Agency **or**
    ☐ Virtual/Biometric (smartphone required to participate) **or**
    ☐ Voice Recognition (landline required to participate)

### 3. Location Monitoring Release Instructions (Select One)

☐ Release to Supervising Agency only **or** ☐ Enroll in the location monitoring program within 24 hours of release.

☐ You are placed in the third-party custody (*Form CR-31*) of _____ .
☐ Clear outstanding ☐ warrants or ☐ DMV and traffic violations and provide proof to Supervising Agency within ____ days of release from custody.

Defendant's Initials: **MF**   Date: **May 13** 

**Case Name:** United States of America v. <u>**MARLON FERRO**</u>    Case No. <u>8:25-MJ-00387</u>

■ Defendant    ☐ Material Witness

☒ Possess and use only those digital devices, screen usernames, email accounts, social media accounts, messaging applications
and cloud storage accounts, as well as any passwords or passcodes for all such digital devices and accounts, that you disclosed
to Supervising Agency upon commencement of supervision. You must disclose any new devices, accounts, application, passwords,
or passcodes to Supervising Agency prior to the first use. A digital device is any electronic system or device that can access, view,
obtain, store, or transmit digital data. ☒ In order to determine compliance, you agree to submit to a search of your person and
property, including digital devices, by Supervising Agency, which may be in conjunction with law enforcement.

☒ All digital devices will be subject to monitoring by Supervising Agency. You must comply with the rules and regulations
of the Computer Monitoring Program and must pay the cost of the Computer Monitoring Program.

☒ Do not use or possess more than one virtual currency wallet/account, and that one wallet/account must be used for all virtual
currency transactions. Do not obtain or open a virtual currency wallet/account without prior approval of Supervising Agency.
You must disclose all virtual currency wallets/accounts to Supervising Agency when supervision starts and must make them available
to Supervising Agency upon request. You may use or possess only open public blockchain virtual currencies and are prohibited from
using private blockchain virtual currencies unless prior approval is obtained from Supervising Agency. ☒ In order to determine
compliance, you agree to submit to a search of your person and property, including computer hardware and software, which may
be in conjunction with law enforcement.

## Cases Involving a Sex-Offense Allegation

☐ Possess and use only those digital devices, screen usernames, email accounts, social media accounts, messaging applications
and cloud storage accounts, as well as any passwords or passcodes for all such digital devices and accounts, that you disclosed
to Supervising Agency upon commencement of supervision. You must disclose any new devices, accounts, application, passwords, or
passcodes to Supervising Agency prior to the first use. A digital device is any electronic system or device that can access, view, obtain,
store, or transmit visual depictions of sexually explicit conduct involving children. ☐ In order to determine compliance, you agree to
submit to a search of your person and property, including digital devices, by Supervising Agency, which may be in conjunction with
law enforcement.

☐ All digital devices will be subject to monitoring by Supervising Agency. You must comply with the rules and regulations
of the Computer Monitoring Program and must pay the cost of the Computer Monitoring Program.

☐ Do not associate or have verbal, written, telephonic, electronic, or any other communication with any person under the age of 18
except in the presence of the parent or legal guardian of the minor after you have notified the parent or legal guardian of the
pending charges or convictions involving a sex offense and only as authorized by Supervising Agency

☐ Do not enter or loiter within 100 feet of schoolyards, parks, public swimming pools, playgrounds, youth centers, video arcade
facilities, amusement and theme parks, or other places frequented by persons under the age of 18 and only as authorized to do so
by Supervising Agency.

☐ Do not be employed by, affiliated with, own, control, or otherwise participate directly or indirectly in the operation of any daycare
facility, school, or other organization dealing with the care, custody, or control of children under the age of 18.

☐ Do not view or possess child pornography or child erotica, including but not limited to pictures, photographs, books, writings,
drawings, or videos depicting or describing child pornography. ☐ In order to determine compliance, you agree to submit to a
search of your person and property, including computer hardware and software, by Supervising Agency, which may be in conjunction
with law enforcement..

Defendant's Initials: - **MF**    Date: **May 13**

**Case Name:** United States of America v. __MARLON FERRO__    Case No. __8:25-MJ-00387__

☑ Defendant    ☐ Material Witness

☑ Other conditions:

- The defendant shall be limited to the use of one smartphone, to be approved by the Supervising Agency.
- The defendant is restricted from using Signal, Telegram, or and any other messaging applications/service which allows for end-to-end encrypted/ephemeral communications.
- The defendant shall be limited to using only one Gmail account.
- The defendant shall not use any VPN (virtual private network) services unless approved by the Supervising Agency.
- The defendant shall provide the Supervising Agency with any requested financial information.

## GENERAL CONDITIONS OF RELEASE

I will appear in person in accordance with any and all directions and orders relating to my appearance in the above entitled matter as may be given or issued by the Court or any judicial officer thereof, in that Court or before any Magistrate Judge thereof, or in any other United States District Court to which I may be removed or to which the case may be transferred.

I will abide by any judgment entered in this matter by surrendering myself to serve any sentence imposed and will obey any order or direction in connection with such judgment as the Court may prescribe.

I will immediately inform United States Probation and Pretrial Services and my counsel of any change in my contact information, including my residence and telephone number, including cell phone number, so that I may be reached at all times.

I will not commit a federal, state, or local crime during the period of release. I will inform Supervising Agency of law enforcement contact within 72 hours of being arrested or questioned by a law enforcement officer.

I will not intimidate any witness, juror, or officer of the court or obstruct the criminal investigation in this case. Additionally, I will not tamper with, harass, or retaliate against any alleged witness, victim, or informant in this case. I understand that if I do so, I may be subject to further prosecution under the applicable statutes.

I will cooperate in the collection of a DNA sample under 42 U.S.C. § 14135a.

Defendant's Initials: __MF__    Date: __May 13__

**Case Name:** United States of America v. **MARLON FERRO**          Case No.   8:25-MJ-00387

■ Defendant          ☐ Material Witness

## ACKNOWLEDGMENT OF DEFENDANT/MATERIAL WITNESS

As a condition of my release on this bond, pursuant to Title 18 of the United States Code, I have read or have had interpreted to me and understand the general conditions of release, the preconditions, and the additional conditions of release and agree to comply with all conditions of release imposed on me and to be bound by the provisions of Local Criminal Rule 46-6.

Furthermore, it is agreed and understood that this is a continuing bond (including any proceeding on appeal or review) which will continue in full force and effect until such time as duly exonerated.

I understand that violation of any of the general and/or additional conditions of release of this bond may result in a revocation of release, an order of detention, and a new prosecution for an additional offense which could result in a term of imprisonment and/or fine.

I further understand that if I fail to obey and perform any of the general and/or additional conditions of release of this bond, this bond may be forfeited to the United States of America. If said **forfeiture is not set aside, judgment may be summarily entered in this Court against me and each surety, jointly and severally, for the bond amount, together with interest and costs. Execution of the judgment may be issued or payment secured as provided by the Federal Rules of Criminal Procedure and other laws of the United States, and any cash or real or personal property or the collateral previously posted in connection with this bond may be forfeited.**

May 13

_____
Date

_____
Signature of Defendant / Material Witness

702-283-0587

_____
Telephone Number

Santa Ana

_____
City and State (DO NOT INCLUDE ZIP CODE)

☐ **Check if interpreter is used**: I have interpreted into the _____ language this entire form and have been told by the defendant that he or she understands all of it.

_____
Interpreter's Signature

_____
Date

Approved: _____
United States District Judge / Magistrate Judge

5/20/25
_____
Date

If cash deposited: Receipt # _____ for $ _____

(This bond may require surety agreements and affidavits pursuant to Local Criminal Rule 46.)

Defendant's Initials: **MF**   Date: **May 13**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

FILED
CLERK, U.S. DISTRICT COURT

MAY 1 3 2025

CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

| UNITED STATES OF AMERICA, | CASE NUMBER: |
|---|---|
| PLAINTIFF | |
| v. | 8:25-mj-00387-DUTY |
| Marlon Ferro, | |
| | **WAIVER OF RIGHTS** |
| | **(OUT OF DISTRICT CASES)** |
| DEFENDANT. | |

I understand that charges are pending in the _____ District of _____ Columbia _____
alleging violation of __18:1962(d), 18:1349, 18:1956(h), 18:1512__ and that I have been arrested in this district and
*(Title and Section / Probation / Supervised Release)*
taken before a United States Magistrate Judge, who has informed me of the charge(s) and my rights to:

    (1)    have an identity hearing to determine whether I am the person named in the charges;
    (2)    arrival of process;

*-Check one only-*

☑    **EXCLUDING PROBATION OR SUPERVISED RELEASE CASES:**
    (3)    have a preliminary hearing (unless an indictment has been returned or an information filed) to
            determine whether there is probable cause to believe an offense has been committed by me, the
            hearing to be held in this district or the district of prosecution; and
    (4)    request transfer of the proceedings to this district under Rule 20, Fed.R.Crim.P., in order to plead
            guilty.

☐    **PROBATION OR SUPERVISED RELEASE CASES:**
    (3)    have a preliminary hearing (if the violation charged allegedly occurred in this district, and I am
            held in custody solely on that charge) under Rule 32.1(b), Fed.R.Crim.P., to determine whether
            there is probable cause to believe I have violated the terms of my probation/supervised release.

**I HEREBY WAIVE (GIVE UP) MY RIGHT(S) TO:**

☑    have an identity hearing
☑    arrival of process
☐    have a preliminary hearing
☑    have an identity hearing, and I have been informed that I have no right to a preliminary hearing
☐    have an identity hearing, but I request that a preliminary hearing be held in the prosecuting
        district.

_____
Defendant

_____
Defense Counsel

Date: __5/13/25__

**DOUGLAS F. McCORMICK**
United States Magistrate Judge

I have translated this Waiver to the defendant in the _____ language.

Date: _____

_____
Interpreter(if required)

**WAIVER OF RIGHTS (OUT OF DISTRICT CASES)**

Date Approved: May 13, 2025 _____ Extension: 3537 _____

By: __Lisa Lindhorst_____

☐ PSA Officer *(for material witness only)* ☒ AUSA

Signature: _____

FILED
CLERK, U.S. DISTRICT COURT

MAY 1 3 2025

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>PLAINTIFF,<br>v.<br>Marlon Ferro<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CDCA 25-mj-387-DUTY<br><br>**AFFIDAVIT OF SURETY (NO JUSTIFICATION)** |

I, the undersigned surety, state on oath that I permanently reside within the jurisdiction of the United States District Court for the Central District of California at the address indicated below or in (City, State):
Las Vegas, Nevada

I further state that I understand the provisions of the bond executed by the above-named defendant for which this affidavit supports, and I agree to be bound as a condition of this bond by the provisions of Local Criminal Rule 46-6 as set forth at the bottom of this document and further acknowledge and agree that I and my personal representatives are bound as a condition of this bond, jointly and severally with the defendant and other sureties, to pay to the United States of America the sum of $30,000 _____, in the event that the bond is forfeited.

I further understand that it is my obligation to inform the Court and counsel of any change in residence address or employment of the defendant immediately upon becoming aware of such fact.

I further agree and understand that, unless otherwise ordered by the Court, the bond for which this affidavit supports is a continuing bond (including any proceeding on appeal or review) which shall continue in full force and effect until such time as the undersigned is duly exonerated by Order of the Court.

I declare under the penalty of perjury that the foregoing is true and correct. Executed on this _____13_____ day of May _____, 20 25 _____.

| | |
|---|---|
| Yairys Madrigal Menendez<br>Name of Surety<br><br>_____<br>Signature of Surety<br><br>Mother<br>Relationship of Surety | X X X - X X - _____7822_____<br>Social Security Number of Surety *(Last 4 digits only)*<br><br>_____<br>Address of Surety<br><br>Las Vegas, Nevada ███<br>City, State, Zip Code |

*Local Criminal Rule 46-6*

*Bond - Summary Adjudication of Obligation*

*A bond or undertaking presented for filing shall contain consent of the principal and surety that, in case of default or contumacy on the part of the principal or surety, the Court, upon ten (10) days notice, may render a judgment summarily in accordance with the obligation undertaken and issue a writ of execution upon such judgment. An indemnitee or party in interest seeking a judgment on a bond or undertaking shall proceed by Motion for Summary Adjudication of Obligation and Execution. Service may be made on a corporate surety as provided in 31 U.S.C. § 9306.*

CR-04 ( 02/09)                    AFFIDAVIT OF SURETY (NO JUSTIFICATION)

Query     Reports     Utilities     Help     What's New     Log Out

CLOSED

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA (Southern Division - Santa Ana)
## CRIMINAL DOCKET FOR CASE #: 8:25-mj-00387-DUTY All Defendants

Case title: USA v. Ferro                                    Date Filed: 05/13/2025

                                                           Date Terminated: 05/13/2025

Assigned to: Duty Magistrate Judge

**Defendant (1)**

**Marlon Ferro**                    represented by   **Tucker Scott Atkins**
*TERMINATED: 05/13/2025*                             Federal Public Defenders Office
                                                     411 West 4th Street, Suite 7110
                                                     Santa Ana, CA 92701
                                                     714-338-4500
                                                     Fax: 714-338-4520
                                                     Email: tucker_atkins@fd.org
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*
                                                     *Designation: Public Defender or*
                                                     *Community Defender Appointment*

**Pending Counts**                                   **Disposition**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts**                                **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                                       **Disposition**

None

**Plaintiff**

**USA**                                             represented by **US Attorney's Office**
AUSA - Office of US Attorney
411 W 4th Street Suite 8000
Santa Ana, CA 92701-4599
714-338-3500
Email: USACAC.SACriminal@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

Email All Attorneys

Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|
| 05/13/2025 | 1 | AFFIDAVIT RE: OUT-OF-DISTRICT WARRANT (Rule 5(c)(3)) filed as to defendant Marlon Ferro, originating in the District of Columbia. Defendant charged in violation of: 18:1962(d), 1956(h), 1349. Signed by agent Joseph Nieblas, FBI; Special Agent. (ja) (Entered: 05/22/2025) |
| 05/13/2025 | 2 | REPORT COMMENCING CRIMINAL ACTION as to Defendant Marlon Ferro; defendants Year of Birth: 2006; date of arrest: 5/13/2025 (ja) (Entered: 05/22/2025) |
| 05/13/2025 | 3 | SEALED Defendant Marlon Ferro arrested on warrant issued by the USDC District of Columbia at Washington, D.C. (Attachments: # 1 Charging Document)(ja) (Entered: 05/22/2025) |
| 05/13/2025 | 4 | NOTICE OF REQUEST FOR DETENTION filed by Plaintiff USA as to Defendant Marlon Ferro (ja) (Entered: 05/22/2025) |
| 05/13/2025 | 5 | MINUTES OF ARREST ON OUT OF DISTRICT WARRANT held before Magistrate Judge Douglas F. McCormick as to Defendant Marlon Ferro. Court issues Order under Fed. R. Crim. P. 5(f) concerning prosecutor's disclosure obligations;see General Order 21-02 (written order). Contested detention hearing held. Defendant arraigned. Attorney: Tucker Scott Atkins for Marlon Ferro, Deputy Federal Public Defender, present. Court orders bail set as: Marlon Ferro (1) $30,000 Appearance Bond, SEE ATTACHED BOND FOR TERMS AND CONDITIONS. Court orders defendant held to answer to District of Columbia. Bond to Transfer. Electronic Release Order issued. Defendant ordered to report on 5/19/2025 at 3:00 pm before Judge Colleen Kollar-Kotelly, Courtroom 28A, USDC DC, 333 Constitution Ave. N.W., Washington D.C. Court Smart: CS 5/13/25. (ja) (Entered: 05/22/2025) |
| 05/13/2025 | 6 | FINANCIAL AFFIDAVIT filed as to Defendant Marlon Ferro. (Not for Public View pursuant to the E-Government Act of 2002) (ja) (Entered: 05/22/2025) |
| 05/13/2025 | 7 | ADVISEMENT OF STATUTORY & CONSTITUTIONAL RIGHTS filed by Plaintiff USA as to Defendant Marlon Ferro. (ja) (Entered: 05/22/2025) |
| 05/13/2025 | 8 | ASSERTION OF FIFTH AND SIXTH AMENDMENT RIGHTS filed by Defendant Marlon Ferro (ja) (Entered: 05/22/2025) |
| 05/13/2025 | 9 | DECLARATION RE: PASSPORT filed by Defendant Marlon Ferro, declaring that I have been issued a passport or other travel document(s), but they are not currently in my possession. I will surrender any passport or other travel document(s) issued to me, to the U.S. Pretrial Services Agency by the deadline imposed. I will not apply for a passport or other travel document during the pendency of this case. (ja) (Entered: 05/22/2025) |

| 05/13/2025 | 10 | WAIVER OF RIGHTS approved by Magistrate Judge Douglas F. McCormick as to Defendant Marlon Ferro. (ja) (Entered: 05/22/2025) |
|---|---|---|
| 05/13/2025 | 11 | REDACTED AFFIDAVIT OF SURETIES (No Justification - Pursuant to Local Criminal Rule 46-5.2.8) in the amount of $30,000 by surety: Yairys Madrigal Menendez for Bond and Conditions Filed by Defendant Marlon Ferro (ja) (Entered: 05/22/2025) |
| 05/13/2025 | 12 | SEALED UNREDACTED Affidavit of Surety CR-4 filed by Defendant Marlon Ferro re: Affidavit of Surety (No Justification)(CR-4) 11 (ja) (Entered: 05/22/2025) |
| 05/16/2025 | 13 | REVISED DECLARATION RE: PASSPORT filed by Defendant Marlon Ferro, declaring that my passport and any other travel documents are in the possession of federal authorities. If any such document is returned to me during the pendency of this case, I will immediately surrender it to the U.S. Pretrial Services Agency. I will not apply for a passport or other travel document during the pendency of this case. (ja) (Entered: 05/22/2025) |
| 05/20/2025 | 14 | BOND AND CONDITIONS OF RELEASE filed as to Defendant Marlon Ferro conditions of release: $30,000 Appearance Bond approved by Magistrate Judge Autumn D. Spaeth. (ja) (Entered: 05/22/2025) |
| 05/22/2025 | | Notice to District of Columbia of a Rule 5 Initial Appearance as to Defendant Marlon Ferro. Your case number is: 1:24CR417. The clerk will transmit any restricted documents via email. Using your PACER account, you may retrieve the docket sheet and any text-only entries via the case number link. The following document link(s) is also provided: 5 Initial Appearance - Arrest on Out of District Warrant - Rule 5(c)(3) (fka Rule 40). If you require certified copies of any documents, please send a request to email address CrimIntakeCourtDocs-LA@cacd.uscourts.gov (ja) (Entered: 05/22/2025) |